1  PETER GOLDSTONE (SB#221220)
   THE LAW OFFICES OF PETER GOLDSTONE
2  703 Second Street, Suite 310
   Santa Rosa, CA 95404
3  Telephone:  (707) 222-3115
   Facsimile:  (707) 237-6070
4  Email: peter@goldstonelaw.com

5

6  Attorney for Plaintiffs,
   ALICE SMITH, DOROTHY MENDENHALL,
7  and ELLISSTEEN OWENS, as Trustees for
   PRAISES OF ZION BAPTIST CHURCH

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | ALICE SMITH, DOROTHY                        | **Case No. C 12-6088 DMR**
12 | MENDENHALL, and ELLISSTEEN
   | OWENS, and ARTHUR MASON as Trustees         | STIPULATED DISMISSAL AND
13 | for PRAISES OF ZION BAPTIST CHURCH,         | [PROPOSED] ORDER
   | a California non-profit religious corporation,
14
                    Plaintiffs,
15
   v.
16
   JONATHAN L. GREEN, JUNE JACKSON,
17 PAMELA WRIGHT, DOROTHY LARK,
   BANK OF THE WEST, WESTAMERICA
18 BANK, a Corporation, MENDO-LAKE
   CREDIT UNION, a non-profit corporation,
19 UNITED STATES POSTAL SERVICE, an
   agency of the U.S. government,
20
                    Defendants.
21

22
        Plaintiffs, Alice Smith, Dorothy Mendenhall, and Ellissteen Owens, as Trustees for
23
   Praises of Zion Baptist Church through their counsel, Peter Goldstone, and defendant United
24
   States through the undersigned counsel, hereby agree and stipulate that all claims against the
25
26 United States are dismissed without prejudice with each party to bear his/its own costs and fees.

27 Plaintiff in propria persona, Arthur Mason, as trustee for Praises of Zion Baptist Church
28
   _____
                                    Stipulated Dismissal and [Proposed] Order
                                                      Case No. C 12-6088 DMR

                                    1

1  dismisses all claims he has made in this lawsuit against all named defendants without prejudice,

2  and the parties agree that with regard to Arthur Mason, parties shall bear its/his own costs.

3  Plaintiffs will pursue any administrative remedies available at the United States Postal Service.

4       The United States withdraws the motion to dismiss this case filed December 21, 2012

5  [Docket No. 6] and Plaintiff requests that this matter be remanded to the Lake County Superior

6  

7  Court from whence it was removed.

8  Dated: January 18, 2013        LAW OFFICES OF PETER GOLDSTONE

9                                                              *s/ Peter Goldstone*

10                                             _____

11                                             By: Peter Goldstone, Attorney for Plaintiffs:
ALICE SMITH, DOROTHY MENDENHALL, and
ELLISSTEEN OWENS, as Trustees for

12                                             PRAISES OF ZION BAPTIST CHURCH

13

14 Dated: January 18, 2013        PLAINTIFF IN PROPRIA PERSONA

15                                                  *s/ Arthur Mason*

16                                             _____

17                                             By: ARTHUR MASON,
Plaintiff In Propria Persona

18

19 Dated: January 18, 2013        MELINDA HAAG

20                                             United States Attorney

21                                             *s/ Abraham A. Simmons*

22                                             _____
ABRAHAM A. SIMMONS

23                                             Assistant United States Attorney
Attorneys for Federal Defendant

24

25

26

27

28

_____

                                                            Stipulated Dismissal and [Proposed] Order
                                                                        Case No. C 12-6088 DMR

## [PROPOSED] ORDER

The Claims against the United States Postal Service are dismissed without prejudice.  All Claims by Arthur Mason as Trustee for PRAISES OF ZION BAPTIST CHURCH are dismissed without prejudice.  With regard to this federal action and dismissals thereof, each party shall bear its/his/her own costs. The Case is remanded to Lake County Superior Court.

Dated:  January 22, 2013.



_____
Hon. William Alsup, District Judge

Stipulated Dismissal and [Proposed] Order
Case No. C 12-6088 DMR