PETER GOLDSTONE (SB#221220)
THE LAW OFFICES OF PETER GOLDSTONE
703 Second Street, Suite 310
Santa Rosa, CA 95404
Telephone:  (707) 222-3115
Facsimile:  (707) 237-6070
Email: peter@goldstonelaw.com

Attorney for Plaintiffs,
ALICE SMITH, DOROTHY MENDENHALL,
and ELLISSTEEN OWENS, as Trustees for
PRAISES OF ZION BAPTIST CHURCH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE SMITH, DOROTHY MENDENHALL, and ELLISSTEEN OWENS, and ARTHUR MASON as Trustees for PRAISES OF ZION BAPTIST CHURCH, a California non-profit religious corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN L. GREEN, JUNE JACKSON, PAMELA WRIGHT, DOROTHY LARK, BANK OF THE WEST, WESTAMERICA BANK, a Corporation, MENDO-LAKE CREDIT UNION, a non-profit corporation, UNITED STATES POSTAL SERVICE, an agency of the U.S. government,<br><br>Defendants. | **Case No. C 12-6088 DMR**<br><br>STIPULATED DISMISSAL AND [PROPOSED] ORDER |

Plaintiffs, Alice Smith, Dorothy Mendenhall, and Ellissteen Owens, as Trustees for Praises of Zion Baptist Church through their counsel, Peter Goldstone, and defendant United States through the undersigned counsel, hereby agree and stipulate that all claims against the United States are dismissed without prejudice with each party to bear his/its own costs and fees. Plaintiff in propria persona, Arthur Mason, as trustee for Praises of Zion Baptist Church

_____

Stipulated Dismissal and [Proposed] Order
Case No. C 12-6088 DMR

1

dismisses all claims he has made in this lawsuit against all named defendants without prejudice, and the parties agree that with regard to Arthur Mason, parties shall bear its/his own costs. Plaintiffs will pursue any administrative remedies available at the United States Postal Service.

The United States withdraws the motion to dismiss this case filed December 21, 2012 [Docket No. 6] and Plaintiff requests that this matter be remanded to the Lake County Superior Court from whence it was removed.

Dated: January 18, 2013           LAW OFFICES OF PETER GOLDSTONE

                                              *s/ Peter Goldstone*
                                       _____
By: Peter Goldstone, Attorney for Plaintiffs:
ALICE SMITH, DOROTHY MENDENHALL, and
ELLISSTEEN OWENS, as Trustees for
PRAISES OF ZION BAPTIST CHURCH

Dated: January 18, 2013           PLAINTIFF IN PROPRIA PERSONA

                                              *s/ Arthur Mason*
                                        _____
By: ARTHUR MASON,
Plaintiff In Propria Persona

Dated: January 18, 2013           MELINDA HAAG
                                            United States Attorney

                                            *s/ Abraham A. Simmons*
                                        _____
ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for Federal Defendant

_____

Stipulated Dismissal and [Proposed] Order
Case No. C 12-6088 DMR

## [PROPOSED] ORDER

The Claims against the United States Postal Service are dismissed without prejudice. All Claims by Arthur Mason as Trustee for PRAISES OF ZION BAPTIST CHURCH are dismissed without prejudice. With regard to this federal action and dismissals thereof, each party shall bear its/his/her own costs. The Case is remanded to Lake County Superior Court.

Dated: January 22, 2013.



Hon. William Alsup, District Judge

_____

Stipulated Dismissal and [Proposed] Order
Case No. C 12-6088 DMR